IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 07 075 S |
| | ) | |
| vs. | ) | |
| | ) | In violation of 18 U.S.C. § 922 (g)(1); 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) |
| PATRICK H. PIERCE | ) | |

FILED
MAY 16 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about March 21, 2007, in the District of Rhode Island, the defendant, PATRICK H. PIERCE, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, firearms, to wit, a Smith & Wesson, model 410S, .40 caliber handgun, serial number VJJ8251 and a Mossberg, model 350K, .22 caliber rifle, in violation of 18 U.S.C. § 922(g)(1).

COUNT II

On or about March 21, 2007, in the District of Rhode Island, the defendant, PATRICK H. PIERCE, did knowingly and intentionally

possess with intent to distribute a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count I of this Indictment, the Defendant, PATRICK H. PIERCE, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) the firearms identified in Count I of the Indictment.

A TRUE BILL:
REDACTED

Grand Jury Foreperson

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 5-14-07