ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant: Patrick H. Pierce

Count I: Felon in Possession - 18 U.S.C. § 922(g)(1).
PENALTIES: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.

Count II: Possess with intent to distribute a mixture and substance containing a detectable amount of marihuana, a Schedule I Controlled Substance - 21 U.S.C. §§ 841(a)(1) and (b)(1)(D).
PENALTIES: 5 years imprisonment; $250,000 fine; 2 years supervised release; $100 mandatory special assessment.

Forfeiture Allegation: Firearms identified in Count I - 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).