AO 458 (Rev. 10/95) Appearance

# United States District Court
## District of Rhode Island

USA

v.

Patrick Pierce

APPEARANCE

CASE NUMBER: CR07-75S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Patrick Pierce

I certify that I am admitted to practice in this court.

5-22-07
Date

Robert B. Mann
Signature

Robert MANN 0153
Print Name Bar Number

ONE TURKS HD PL. STE 610
Address

PROV RI 02903
City State Zip Code

351-5770 521-4305
Phone Number Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.