# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA
V.

PATRICK H. PIERCE

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: CR-07-075-S

TO: TYEACE MCRAE

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom A |
| | DATE AND TIME<br>5/22/07 @ 10:00AM |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK [signature] | 5/21/07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Robert B. Mann [signature]
Mann & Mitchell
One Turks Head Place, Suite 610, Providence,RI 02903 (401)351-5770

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 5/21/07 | USMS office 2 Exchange Terr, Providence RI |
| SERVED | 5/21/07 | Same as Above |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Tyrace McRae | ☐ YES ☐ NO AMOUNT $ ______ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Robert D. Young | CI DUSM |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 5/21/07
*Date*

[signature]
*Signature of Server*

Po Box 1524 Providence RI
*Address of Server*

ADDITIONAL INFORMATION

FILED

2007 MAY 22 P 12:58

[illegible] DISTRICT COURT
DISTRICT OF RHODE ISLAND