UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

v. : CR 007-75S

PATRICK H. PIERCE :

NOTICE OF APPEAL FROM MEMORANDUM AND ORDER OF MAGISTRATE JUDGE LINCOLN D. ALMOND DENYING BAIL

Now comes the defendant, Patrick H. Pierce, and appeals to the United States District Court Judge from the memorandum and order of Magistrate Judge Lincoln D. Almond, dated May 24, 2007, denying bail to the defendant.

Patrick H. Pierce
By his attorney,

/s/ Robert B. Mann
Mann & Mitchell
One Turks Head Place, Suite 610
Providence, RI 02903
(401) 351-5770
Fax: (401) 521-4305
rmann@conversent.net

CERTIFICATION

I hereby certify that I delivered a copy of the foregoing, by way of ECF filing to Sandra Beckner, AUSA, on the 4th day of June, 2007.

/s/Robert B. Mann

Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net