The University Mailroom, LLC
69 Governor Street ♦ Providence, RI 02906♦ 401-965-1223/401-751-6210 Voice ♦ 401-274-7275 Fax
university.mailroom@gmail.com

The Honorable Lincoln Almond
United States District Court
Providence, Rhode Island

Dear Judge Almond, May 21, 2007

I write on behalf of Patrick Pierce who I have known for 5 years as a friend. It has come to my attention that he has been arrested and faces serious charges.

I am a former guidance counselor, high school teacher, transition counselor and coordinator of community based youth programs in Providence. I now am a small business owner in Providence on the East Side. Patrick reminds me of many youth I have worked with in my career; he is a smart, sincere, young man full of potential who needs a little direction to get on track.

It seems that he was beginning to acquire that direction.

In a recent conversation with Patrick he expressed extreme interest in changing course, getting a job and building a secure foundation for his future and that of his daughter. He asked me if he could work at my store front as a beginning step in that process.

I was very pleased to hear his zeal and was very eager to help him transition into something else. Imagine my disappointment when I heard that he was arrested the very next day; I fear that incarceration at this time will leave him with diminished prospects and a diminished sense of direction.

Equally tragic is that Patrick is separated from his daughter; Patrick was the most stable and positive element in her life. He not only supported her financially, but was very adamant that his daughter go to and be successful in school and have viable options for the future, which I appreciate as an educator.

In the past Patrick worked and volunteered his time at my business, which does bulk mailing, packaging and shipping. While I don't have the resources to hire him as a regular full time employee, I am willing to give him as much work as possible on a daily basis, be a resource and assist him as he looks for a full-time job.

Sincerely,

Ralph Johnson