IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-07-075S |
| | : | |
| PATRICK H. PIERCE | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL OBJECTION

The Court should deny the defendant's objection to the four point enhancement that he received pursuant to U.S.S.G. § 2K2.1(b)(6). The facts of this case support a finding that the defendant possessed the firearms in connection with his drug trafficking.

To warrant the application of this enhancement, the government must prove by a preponderance of the evidence that the firearms possessed by the defendant facilitated or had the "potential" for facilitating another felony offense. See U.S.S.G. § 2K2.1(b)(6), Application Note 14. First Circuit case law supports an enhancement under facts such as are present in this case. See United States v. Peterson, 233 F.3d 101, 111 (1st Cir. 2000)(firearms possessed "in connection with" another felony offense when the defendant kept two guns in the same apartment where he stored marihuana and a third gun near an additional store of marihuana).

The defendant cites United States v. Ellis, 168 F.3d 558, 563 (1st Cir. 1999) in support of his objection. In Ellis, the First Circuit concluded that there was insufficient evidence to

support a § 4B1.4(b)(3)(A) enhancement for possession of a firearm in connection with a controlled substance offense. The First Circuit noted that the two charged firearms were found in a separate building from the drugs and the charged firearms were "largely inaccessible" due to their location and the furniture that would have to be moved in order to access them. In its appellate brief, the government argued that drug crimes often involve firearms, the marihuana seized was hidden, marihuana is worth $2,000 per pound on the street, and that there were two other uncharged firearms found, one of which was in the same building as the drugs. The First Circuit quickly rejected the government's first three appellate arguments, decided the reference to two other firearms was not adequately litigated in the district court, and remanded for reconsideration in light of the opinion.

The Ellis case is distinguishable from the one at hand for two significant reasons: (1) the proximity of the weapons to the narcotics in this case warrants the enhancement, and (2) the manner and condition of especially the handgun supports the enhancement. The firearms in this case were located in the same residence from which the defendant dealt marihuana to an informant. One of the firearms was stored in the same room as the narcotics, and the other firearm was stored in another room in the same apartment where other drug paraphernalia was stored.

Given the dangerous nature of the drug business and the need for a dealer to protect both his person and his product, the location of the weapons warrants a finding that the firearms had at least the "potential" to facilitate the defendant's drug trafficking. See U.S.S.G. § 2K2.1(b)(6), Application Note 14. Furthermore, the fact that the pistol was stolen and was stored with a round in the chamber further supports a finding that the pistol was possessed for protection "in connection with" the drug trafficking.

For the reasons stated above and those provided in its initial response, the government urges the Court to deny the defendant's objection to the presentence report.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER

SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On November 25, 2007, I caused the within "Government's Response to the Defendant's Supplemental Objection" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Robert B. Mann
1 Turks Head Building, Suite 610
Providence, Rhode Island 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj