AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Patrick H. Pierce

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR07-75 S

| PRESIDING JUDGE | ~~PLAINTIFF'S~~ Government ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E Smith | Sandra Beckner | Robert B. Mann |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| December 3, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 12-3-07 | | | W-1 Patrick Pierce |
| | C | 12-3-07 | ID | FULL | Drawing of Room |
| | | 12-3-07 | | | W-2 Agent Joseph Colanduono |

include a notation as to the location of any exhibit not held with the case file or not available because of size.