UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

v. : CR 007-75S

PATRICK H. PIERCE :

**DEFENDANT'S MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT**

Now comes the defendant and moves, pursuant to Rule 36 of the Rules of Criminal Procedure, to correct a clerical error in the judgment. In this case, the judgment reads that the defendant's USM number is 05891-070. The defendant believes the correct number is 05893-070.

Patrick H. Pierce,
By his attorney,

/s/ Robert B. Mann
Mann & Mitchell
One Turks Head Place, Suite 610
Providence, RI 02903
(401) 351-5770
Fax: (401) 521-4305
rmann@conversent.net

CERTIFICATION

I hereby certify that I delivered a copy of the foregoing, by way of ECF filing to Sandra Beckner, AUSA, on the 29th day of December, 2007.

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

v. : CR 007-75S

PATRICK H. PIERCE :

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT**

The defendant has moved, pursuant to Rule 36 of the Rules of Criminal Procedure, to correct a clerical error in the judgment. This Court has the authority to make the correction. The defense makes the motion simply to try to avoid any problems with the Bureau of Prisons

Patrick H. Pierce,
By his attorney,

/s/ Robert B. Mann
Mann & Mitchell
One Turks Head Place, Suite 610
Providence, RI 02903
(401) 351-5770
Fax: (401) 521-4305
rmann@conversent.net

CERTIFICATION

I hereby certify that I delivered a copy of the foregoing, by way of ECF filing to Sandra Beckner, AUSA, on the 29th day of December, 2007.

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net